1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

_____

UNITED STATES OF AMERICA,                   )

9                                           )    Case No. MC18-00023RSL
                        Plaintiff,          )

10          v.                              )
                                            )    ORDER TO ISSUE WRIT OF
11   JUDITH HUTCHINSON,                      )    CONTINUING GARNISHMENT
                                            )    AND NOTICE TO DEFENDANT/
12          Defendant/Judgment Debtor,       )    JUDGMENT DEBTOR
                                            )
13          v.                              )
                                            )
14   JOHN HANCOCK ANNUITIES,                 )
                                            )
15                      Garnishee.          )
     _____)

16

17          This matter comes before the Court on plaintiff's "Application for Writ of Continuing

18   Garnishment" for property in which the defendant/judgment debtor, Judith Hutchinson, has a

19   substantial nonexempt interest and which is in the possession, custody, or control of the

20   garnishee, John Hancock Annuities. The Court having reviewed the record in this matter, hereby

21   ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and

22   the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on

23   February 28, 2018. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the

24   defendant/judgment debtor and the garnishee with a copy of the writ and accompanying

25   instructions.

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1    Dated this 2nd day of March, 2018.

2                                        _M_r_S_Lasnik_____

3                                        Robert S. Lasnik
4                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT        -2-