**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDITH HUTCHINSON,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>JOHN HANCOCK ANNUITIES,<br><br>Garnishee. | NO. 2:18-MC-00023-RSL<br><br>(2:17-CR-00115-1)<br><br>[Proposed] **Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, John Hancock Annuities ("John Hancock"), has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee John Hancock filed its Answer on March 22, 2018, stating that at the time of the service of the Writ, Garnishee had possession, custody, or control of an Individual Retirement Annuity ("IRA") in which Defendant/Judgment Debtor Judith Hutchinson maintained a substantial nonexempt interest.

//

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Judith Hutchinson & John Hancock Annuities*,
Court Nos. 2:18-CR-00115-1 / 2:18-MC-00023-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about March 2, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, John Hancock Annuities, shall pay to the United States District Court for the Western District of Washington, the entire amount (less 28 percent federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw;

That such payments shall be applied to Defendant/Judgment Debtor Judith Hutchinson's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:17-CR-00115-1 and 2:18-MC-00023-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

//

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Judith Hutchinson & John Hancock Annuities*,
Court Nos. 2:18-CR-00115-1 / 2:18-MC-00023-RSL) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 10th day of May, 2018.

_____
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Judith Hutchinson & John Hancock Annuities*,
Court Nos. 2:18-CR-00115-1 / 2:18-MC-00023-RSL) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970